```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
ROBERT HAWES,                   :
                                :
      Plaintiff,                :
                                :
vs.                             :   CIVIL ACTION 16-0015-WS-M
                                :
CAPT. MCCOY, et al.,            :
                                :
      Defendants.               :
```

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 13th day of June, 2016.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE