```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


ROBERT HAWES,                      :
                                   :
     Plaintiff,                    :
                                   :
vs.                                :    CIVIL ACTION 16-0015-WS-M
                                   :
CAPT. MCCOY, et al.,               :
                                   :
     Defendants.                   :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 13th day of June, 2016.


                               s/WILLIAM H. STEELE
                               CHIEF UNITED STATES DISTRICT JUDGE